JS-6

FILED
CLERK, U.S. DISTRICT COURT

10/25/2017

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH T. HARRIS, | No. LA CV 17-05869-VBF-MRW |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| Gardena Memorial Hospital, Dr. Jeremy T. Martinez (Admitting Doctor in official cap.), Compton Sheriff in official capacity, Los Angeles County, Los Angeles County Sheriff's, Gardena Police Department, M.D. Robert A. Bei, Octavio Cisneros, and John Doe, | |
| Defendants. | |

Pursuant to the Order Denying the IFP Request and Dismissing the Action With Prejudice, **final judgment is hereby entered in favor of all the defendants and against plaintiff Kenneth T. Harris.**

Dated: October 25, 2017

VALERIE BAKER FAIRBANK
Senior United States District Judge